CAROL RUSSO, Individually and as Executrix of the Estate of JOSEPH P. RUSSO, Deceased, Respondent, v COUNTY OF WESTCHESTER et al., Appellants. [639 NYS2d 933]

Ordered that the appeal from the order entered January 26, 1995, is dismissed, as that order was superseded by the order entered May 12, 1995, made upon reargument; and it is further,

Ordered that the order entered May 12, 1995, is affirmed insofar as appealed from, for reasons stated by Justice Wood at the Supreme Court; and it is further,

Ordered that the plaintiff is awarded one bill of costs. O'Brien, J. P., Ritter, Pizzuto and Altman, JJ., concur.